SARAH J. NIEDERMAYER, as Administratrix, etc., of STEPHEN BOWMAN, Deceased, Respondent. v. ROBERT P. HOLDERBAUM, Appellant.—Appeal dismissed, unless appellant· shall be ready for argument on May seventh. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDITH S. ROWE, Respondent, v. RAYMOND G. DENLER, Appellant.—Appeal dismissed unless appellant shall file and serve printed papers by May fifth and be ready for argument May twelfth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD SANTASIERO, Appellant.— Motion for enlargement of time granted, and time for argument of appeal extended to May ninth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CYNER, HARRY RADCLIFF, EDWARD PRZBYL and THEODORE ROGACKI, Appellant.— Motion for enlargement of time granted, and time for argument extended to October third, provided that appellant shall file and serve printed papers and printed briefs by August fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Last Will and Testament of JULIA METZ SMITH, Deceased. — Motion granted and appeal dismissed, with costs. The appeal is taken from a judgment of the Supreme Court, whereas no judgment was entered in that court. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BURT A. SMITH, Appellant, v. GLENN E. NYE and Another, Respondents.— Motion to dismiss appeal granted unless appellant shall file and serve the printed papers and printed briefs on appeal by May fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BERNARD MCDONALD, an Infant, by WILLIAM E. SEAVEY, His Guardian ad Litem, Respondent, v. M. E. HOOKS COMPANY, and NEW YORK STATE RAILWAYS, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve the printed papers and printed briefs on appeal by July fifteenth and shall be ready for argument at the opening of the September term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN FULCROD, Appellant, v. STANLEY FRANKS, Respondent.— Motion to dismiss appeal granted unless the appellant shall file and serve the printed papers and printed briefs by July fifteenth and shall pay to respondent's attorney ten dollars and shall be ready to argue the appeal at the opening of the September term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ROCKY MORGAN and Another, a Copartnership, etc., of Forestville, N. Y., Respondents, v. SAM ROSENTHAL, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.